IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAYON WHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. _____ |
| | ) | |
| EVANS DELIVERY COMPANY, | ) | |
| INC., LEVI SIMMONS, and ACE | ) | |
| AMERICAN INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL BY EVANS DELIVERY COMPANY, INC.

COMES NOW defendant Evans Delivery Company, Inc., by and through the undersigned counsel, and pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332, hereby removes the above-styled action from the State Court of Dekalb County, Georgia based on the following grounds:

1.

On or about December 15, 2020, Plaintiff Dayon Wheeler filed suit against defendants Evans Delivery Company, Inc., Levi Simmons, and Ace American Insurance Company in the State Court of DeKalb County, Georgia, civil action file number 20A83955.  All process, pleadings and orders received by Evans Delivery Company, Inc. are attached to this Notice as Exhibit A.

2.

The State Court of DeKalb County, Georgia is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.

3.

Evans Delivery Company, Inc. was served with process on December 21, 2020.  This notice of removal is filed within 30 days of service upon Evans and is timely pursuant to 28 U.S.C. § 1446.  Defendants Ace American Insurance Company and Levi Simmons consent to the removal through their undersigned counsel.

4.

Complete diversity of citizenship exists between the parties pursuant to 28 U.S.C. § 1332, because the parties are citizens of different states.

5.

Plaintiff's complaint fails to make any allegations as to the state of his residency.  Upon information and belief, however, he is a resident and citizen of the State of Georgia, having provided police with a home address in Riverdale, Georgia (in Clayton County) on the date of the subject collision in January, 2020.

6.

Plaintiff alleges that defendant Simmons resides in South Carolina and may be served there.  (Complaint, ¶ 4).  Mr. Simmons is therefore a citizen of South

Carolina for purposes of diversity jurisdiction.

7.

Plaintiff alleges that defendant Evans Delivery Company, Inc. is a foreign corporation authorized to do business in Georgia. (Complaint, ¶ 1). That allegation is correct. Evans Delivery Company, Inc. is a Pennsylvania corporation which is incorporated under the laws of Pennsylvania and has its principal place of business in that state. It is therefore a citizen of Pennsylvania for purposes of diversity jurisdiction. See 28 U.S.C. § 1332(c)(1).

8.

Plaintiff alleges that Ace American Insurance Company is a corporation authorized to do business in Georgia and that it may be served through its registered agent in Georgia. (Complaint, ¶ 8). Ace is incorporated under the laws of the state of Pennsylvania and has its principal place of business in that state. Ace is therefore a citizen of Pennsylvania for purposes of diversity jurisdiction. See 28 U.S.C. § 1332(c)(1). To the extent that it is alleged to insure Evans Delivery Company, Inc. and Mr. Simmons, it is also (arguably) a citizen of South Carolina as well as Pennsylvania. 28 U.S.C. 1332(c)(1)(a).

9.

The amount in controversy in this matter is therefore greater than $75,000.00.

Plaintiff's complaint does not contain an *ad damnum* clause, but alleges that he suffered and will suffer medical expenses likely to total at least $225,000.00. (Complaint, ¶ 29).

10.

The amount in controversy in this matter is therefore greater than $75,000.00 and involves claims over which the Court has original jurisdiction founded on diversity jurisdiction and the amount in controversy.  See 28 U.S.C. §§ 1441(b), 1332, and 1446.

11.

These defendants have given written notice of the filing of this notice to Plaintiff and will likewise file a written notice with the Clerk of the State Court of DeKalb County, a copy of which is attached hereto as Exhibit B.

12.

The *Answer and Defenses of Levi Simmons, Evans Delivery Company, Inc., and Ace American Insurance Company* is filed contemporaneously with this notice, and is attached hereto as Exhibit C.  Fed. R. Civ. P. 81

13.

The undersigned has read this notice of removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry,

it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes, such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

This 20th day of January, 2021.

FREEMAN MATHIS & GARY, LLP

/s/ Jennifer C. Adair
Jennifer C. Adair
Georgia Bar No. 001901
jadair@fmglaw.com

/s/ E. Andrew Treese
E. Andrew Treese
Georgia Bar No. 556850
atreese@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

*Attorneys for Defendants Evans Delivery Company, Inc. and Ace American Insurance Company*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF REMOVAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and by placing a copy of the same in the United States, postage prepaid and properly addressed as follows:

Peter A. Law, Esq.
E. Michael Moran, Esq.
Brian C. Kaplan, Esq.
Law & Moran
563 Spring Street, NW
Atlanta, Georgia 30308

Ronald E. Mabra, Jr., Esq.
The Mabra Firm, LLC
197 Fourteenth Street NW, Suite 200
Atlanta, Georgia 30318

This 20th day of January, 2021.

*/s/ E. Andrew Treese*
E. ANDREW TREESE
Georgia Bar No. 556850
atreese@fmglaw.com

*Attorneys for Defendants Evans Delivery Company, Inc. and Ace American Insurance Company*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600

Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)